JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
MICHONNE L. OMO (IL 6309833)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 510-970-4845
michonne.omo@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DESTINEE PRICE, | Civil No. 2:23-cv-01008-VCF |
| Plaintiff, | |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO REMAND |
| Defendant. | (*FIRST REQUEST*) |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for a 45-day extension of time to file her response to Plaintiff's motion to remand. The response is due to be filed by October 20, 2023. This is the Commissioner's first request for an extension of time to file the response.

Defendant submits that good cause exists for this extension request because the attorney tasked with writing the response has several concurrent deadlines, and needs sufficient time to review the record, evaluate the issues raised in Plaintiff's motion to remand, and prepare Defendant's response. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience. Accordingly, Defendant requests an extension in which to respond to file the response until December 4, 2023.

The undersigned conferred with Plaintiff's counsel, who confirmed on October 16, 2023, that Plaintiff has no objection to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the response to Plaintiff's motion to remand, through and including December 4, 2023.

DATED October 16, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

By: s/ *Michonne L. Omo*
MICHONNE L. OMO
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-16-2023
_____